FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 20 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 16-4711 JCH |
| vs. | ) | 18 U.S.C. § 844(i): Damaging or destroying a building by fire or explosives. |
| **DAVID A. HICKMAN**, | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about November 26, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **DAVID A. HICKMAN**, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, the Old Navy store, a building located at 4900 Cutler Avenue NE in Albuquerque, New Mexico, which building was used in interstate commerce and in an activity affecting interstate commerce.

In violation of 18 U.S.C. § 844(i).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

12/15/2016 11:06 AM